**Form 8**

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Homeland Housewares    v. Sorensen Research

No. 2013-1345

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

___ Pro Se    ✓ As counsel for: Sorensen Research and Development Trust
Name of party

I am, or the party I represent is (select one):

___ Petitioner    ___ Respondent    ___ Amicus curiae    ___ Cross Appellant

✓ Appellant    ___ Appellee    ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

___ Petitioner or appellant    ___ Respondent or appellee

My address and telephone are:

Name: Patricia A. Shackelford
Law firm: Law Office of Patricia A. Shackelford
Address: 1991 Village Park Way, Suite 100
City, State and ZIP: Encinitas, CA 92024
Telephone: 760-942-2568
Fax #:
E-mail address: patricia.shackelford@pshackelfordlaw.com

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

___ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

___ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11-18-2002

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

___ Yes    ✓ No

___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

April 25, 2013
Date

*[signature]*
Signature of pro se or counsel

cc: _____

123

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2013-1345

HOMELAND HOUSEWARES, LLC,

*Plaintiff/Counterclaim Defendant-Appellee,*

and

HASTIE2MARKET, LLC, C-SQUARED TV, INC., INFOMERCIAL CONSULTING CORPORATION, BRENTWOOD CORPORATE SERVICES, INC., BABY BULLET, LLC, CAPITAL BRANDS, LLC, and DOES 1-10,

*Counterclaim Defendants,*

v.

SORENSEN RESEARCH AND DEVELOPMENT TRUST,

*Defendant/Counterclaimant-Appellant.*

Appeal from the United States District Court for the Central District of California in case no. 11-CV-3720, Judge George H. Wu.

## PROOF OF SERVICE

Patricia A. Shackelford
LAW OFFICE OF PATRICIA A. SHACKELFORD
1991 Village Park Way, Suite #100
Encinitas, CA 92024
(760) 942-2568

PROOF OF SERVICE

I, Patricia A. Shackelford, declare: I am and was at the time of this service working within the County of San Diego, California. I am over the age of 18 and not a party to the within action. My business address is the Law Office of Patricia A. Shackelford, 1991 Village Park Way, Suite #100, Encinitas, CA 92024.

On Thursday, April 25, 2013, I served the following documents:

**ENTRY OF APPEARANCE**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| R. Joseph Trojan<br>Dylan Dang<br>TROJAN LAW OFFICES<br>9250 Wilshire Blvd., Ste. 325<br>Beverly Hills, CA 90212<br>Telephone: 310-777-8399<br>trojan@trojanlawoffices.com | Attorneys for Plaintiff Homeland Housewares, LLC. | Email - Pleadings Filed with the Court via ECF |

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

I declare that the foregoing is true and correct, and that this declaration was executed on Thursday, April 25, 2013, in Encinitas, California.

/s/ Patricia A. Shackelford

Patricia A. Shackelford
Attorney for Defendant/Counterclaimant-
Appellant - SORENSEN RESEARCH AND
DEVELOPMENT TRUST