# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: May 6, 2013**

Official Caption[1]

2013-1345, -1383

HOMELAND HOUSEWARES, LLC,

Plaintiff/Counterclaim Defendant-Cross Appellant,

and

HASTIE2MARKET, LLC, C-SQUARED TV, INC., INFOMERCIAL CONSULTING CORPORATION, BRENTWOOD CORPORATE SERVICES, INC., BABY BULLET, LLC, CAPITAL BRANDS, LLC, and DOES 1-10,

Counterclaim Defendants,

v.

SORENSEN RESEARCH AND DEVELOPMENT TRUST,

Defendant/Counterclaimant-Appellant.

Appeals from the United States District Court for the Central District of California in No. 11-CV-3720, Judge George H. Wu.

Authorized Abbreviated Caption[2]

HOMELAND HOUSEWARES V SORENSEN RESEARCH, 2013-1345, -1383

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.