**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

HOMELAND HOUSEWARES V SORENSEN RESEARCH

2013-1345, -1383

**DEFENDANT/COUNTERCLAIMANT-APPELLANT'S CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 11(d)**

The undersigned, counsel for Defendant/Counterclaimant-Appellant Sorensen Research and Development Trust ("Sorensen"), herby certifies that Sorensen has complied with the requirements of Federal Circuit Rule 11(d), and has determined that certain documents placed under seal in the trial court record pursuant to the Protective Order do not need to remain protected on appeal. The undersigned further certifies that she has attempted to confer with counsel for Plaintiff/Counterclaim Defendant-Cross Appellant Homeland Housewares, LLC, and Counterclaim Defendants, (collectively "Homeland") in compliance with Federal Circuit Rule 11(d).

Respectfully Submitted,

Dated: June 3, 2013

By: /s/ Patricia A. Shackelford
Patricia A. Shackelford
LAW OFFICE OF PATRICIA A. SHACKELFORD
1991 Village Park Way, Suite #100
Encinitas, CA 92024
Telephone: (760) 942-2568

Christian Fenton
LAW OFFICE OF CHRISTIAN FENTON
945 4TH Avenue, Suite #407
San Diego, CA 92101
Telephone: (858) 384-6292

Attorneys for Defendant/Counterclaimant-Appellant SORENSEN RESEARCH AND DEVELOPMENT TRUST

1

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

HOMELAND HOUSEWARES V SORENSEN RESEARCH
2013-1345, -1383

## CERTIFICATE OF SERVICE

I, Patricia A. Shackelford, declare: I am and was at the time of this service working within the County of San Diego, California. I am over the age of 18 and not a party to the within action. My business address is the Law Office of Patricia A. Shackelford, 1991 Village Park Way, Suite #100, Encinitas, CA 92024.

On Monday, June 03, 2013, I served the following documents:

**DEFENDANT/COUNTERCLAIMANT-APPELLANT'S CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 11(d)**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| R. Joseph Trojan<br>Dylan Dang<br>TROJAN LAW OFFICES<br>9250 Wilshire Blvd., Ste. 325<br>Beverly Hills, CA 90212<br>Telephone: 310-777-8399<br>trojan@trojanlawoffices.com | Attorneys for Plaintiff/Counterclaim Defendant-Cross Appellant Homeland Housewares, LLC and Counterclaim Defendants | Email - Pleadings Filed with the Court via ECF |

I declare that the foregoing is true and correct, and that this declaration was executed on Monday, June 03, 2013, in Encinitas, California.

/s/ Patricia A. Shackelford

Patricia A. Shackelford
Attorney for Defendant/Counterclaimant-Appellant SORENSEN RESEARCH AND DEVELOPMENT TRUST