# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

HOMELAND HOUSEWARES v SORENSEN RESEARCH, 2013-1345, -1383

_____

Appeals from the United States District Court for the Central District of California in No. 11-CV-3720, Judge George H. Wu.
_____

### NOTICE OF CORRECTION
_____

Defendant/Counterclaimant-Appellant Sorensen Research and Development Trust filed its original Confidential and Non-Confidential Briefs on July 1, 2013. This Submission is to correct a Joint Appendix reference on pages 11 of both the Confidential and Non-Confidential Briefs from "A2042-A2406" to "A2042-A2046."

The corrections are being made on Monday, October 28, 2013, to the copies on file in the Clerk's Office. Copies of the corrected page are being served on counsel for the Plaintiff/Counterclaim Defendant-Cross Appellant, along with this Notice. No other changes are being made to the Confidential and Non-Confidential Briefs other than the correction described above.

Respectfully Submitted,

Dated: October 25, 2013

By: /s/ Patricia A. Shackelford
Patricia A. Shackelford
LAW OFFICE OF PATRICIA A. SHACKELFORD
1991 Village Park Way, Suite #100
Encinitas, CA 92024
Telephone: (760) 942-2568

Christian Fenton
LAW OFFICE OF CHRISTIAN FENTON
945 4TH Avenue, Suite #407
San Diego, CA 92101
Telephone: (858) 384-6292

Attorneys for Defendant/ Counterclaimant-Appellant SORENSEN RESEARCH AND DEVELOPMENT TRUST

# **CERTIFICATE OF INTEREST**

Counsel for the appellant, Patricia A. Shackelford, certifies the following:

1. The full name of every party or amicus represented by me is:

    Sorensen Research and Development Trust

2. The name of the real party in interest represented by me is:

    None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Kramer Law Office, Inc. (Melody A. Kramer, John Joseph McAvoy)

    Law Office of Christian Fenton (Christian Fenton)

    Law Office of Patricia A. Shackelford (Patricia Ann Shackelford)

# CERTIFICATE OF SERVICE

I, HEREBY CERTIFY THAT ON Friday, October 25, 2013, I electronically filed the foregoing NOTICE OF CORRECTION with the United States Court of Appeals for the Federal Circuit by using the CM/ECF system. The following counsel of record are being served with the same via Federal Express:

>R. Joseph Trojan
>Dylan Dang
>TROJAN LAW OFFICES
>9250 Wilshire Blvd., Ste. 325
>Beverly Hills, CA 90212
>Telephone: 310-777-8399
>trojan@trojanlawoffices.com
>dang@trojanlawoffices.com

>/s/ Patricia A. Shackelford
>Patricia A. Shackelford
>Attorney for Defendant/Counterclaimant-Appellant SORENSEN RESEARCH AND DEVELOPMENT TRUST

1