**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

HOMELAND HOUSEWARES v SORENSEN RESEARCH, 2013-1345, -1383

_____

Appeals from the United States District Court for the Central District of California in No. 11-CV-3720, Judge George H. Wu.
_____

**NOTICE OF CORRECTION**
_____

Defendant/Counterclaimant-Appellant Sorensen Research and Development Trust filed its Responsive/Reply Brief on December 9, 2013. This Submission is to correct a Joint Appendix reference on page 3 of the Responsive/Reply Brief from "A5598-A5699" to "A5598-A5599."

The corrections are being made on Wednesday, January 22, 2014, or upon the Federal Circuit Court's re-opening, whichever comes first, to the copies on file in the Clerk's Office. Copies of the corrected page are being served on counsel for the Plaintiff/Counterclaim Defendant-Cross Appellant, along with this Notice.

No other changes are being made to the Responsive/Reply Brief other than the correction described above.

Respectfully Submitted,

Dated: January 21, 2014

By: /s/ Patricia A. Shackelford
Patricia A. Shackelford
LAW OFFICE OF PATRICIA A. SHACKELFORD
1991 Village Park Way, Suite #100
Encinitas, CA 92024
Telephone: (760) 942-2568

Christian Fenton
LAW OFFICE OF CHRISTIAN FENTON
5703 Oberlin Drive, Suite 201
San Diego, CA 92121
(858) 263-4230

Attorneys for Defendant/ Counterclaimant-Appellant SORENSEN RESEARCH AND DEVELOPMENT TRUST

# **CERTIFICATE OF INTEREST**

Counsel for the appellant, Patricia A. Shackelford, certifies the following:

1. The full name of every party or amicus represented by me is:

    Sorensen Research and Development Trust

2. The name of the real party in interest represented by me is:

    None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Kramer Law Office, Inc. (Melody A. Kramer, John Joseph McAvoy)

    Law Office of Christian Fenton (Christian Fenton)

    Law Office of Patricia A. Shackelford (Patricia Ann Shackelford)

HOMELAND HOUSEWARES, LLC V. SORENSEN RESEARCH
2013-1345, -1383

CERTIFICATE OF SERVICE

I, Patricia A. Shackelford, declare: I am and was at the time of this service working within the County of San Diego, California. I am over the age of 18 and not a party to the within action. My business address is the Law Office of Patricia Shackelford, 1991 Village Park Way, Suite #100, Encinitas, CA 92124.

On Tuesday, January 21, 2014, I served the following documents:

**NOTICE OF CORRECTION**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| R. Joseph Trojan<br>Dylan Dang<br>TROJAN LAW OFFICES<br>9250 Wilshire Blvd., Ste. 325<br>Beverly Hills, CA 90212<br>Telephone: 310-777-8399<br>trojan@trojanlawoffices.com | Attorneys for Plaintiff Homeland Housewares, LLC. | Email - Pleadings Filed with the Court via ECF |

I declare that the foregoing is true and correct, and that this declaration was executed on Tuesday, January 21, 2014, in San Diego, California.

/s/ Patricia A. Shackelford
Patricia A. Shackelford
Attorney for Defendant/Counterclaimant-Appellant - SORENSEN RESEARCH AND DEVELOPMENT TRUST